# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

ABEINSA HOLDING INC., *et al.*,

Debtors.[1]

Chapter 11

Case No. 16-10790 (KJC)

(Jointly Administered)

## GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### INTRODUCTION

Abeinsa Holding Inc.; Abeinsa EPC LLC; Inabensa USA, LLC; Abener Construction Services, LLC; Abener North America Construction, LP; Abeinsa Abener Teyma General Partnership; Abener Teyma Mojave General Partnership; Abener Teyma Inabensa Mount Signal Joint Venture; Teyma USA & Abener Engineering and Construction Services General Partnership; Teyma Construction USA, LLC; and Abener Teyma Hugoton General Partnership, as debtors and debtors in possession in the above-captioned chapter 11 cases (and with their affiliated debtors, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Delaware (collectively, the "Bankruptcy Rules").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of each Debtor's

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Abengoa US Holding, LLC (6871); Abengoa US, LLC (9573); Abengoa US Operations, LLC (1268); Abeinsa Holding Inc. (9489); Abeinsa EPC LLC (1176); Abencor USA, LLC (0184); Abener Construction Services, LLC (0495); Abener North America Construction, LP (5989); Inabensa USA, LLC (2747); Nicsa Industrial Supplies LLC (9076); Teyma Construction USA, LLC (0362); Abeinsa Abener Teyma General Partnership (2513); Abener Teyma Mojave General Partnership (2353); Abener Teyma Inabensa Mount Signal Joint Venture (9634); Teyma USA & Abener Engineering and Construction Services General Partnership (6534); Abener Teyma Hugoton General Partnership (7769); Abengoa Solar, LLC (6696); Abengoa Bioenergy Biomass of Kansas (1119); Abengoa Bioenergy Hybrid of Kansas, LLC (9711); Abengoa Bioenergy Technology Holding, LLC (7424); Abengoa Bioenergy New Technologies, LLC (8466).

Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

The Debtors and their agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys and financial advisors are advised of the possibility of such damages.

Given, among other things, the uncertainty surrounding the valuation of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that such Debtor was solvent at its respective Petition Date (as defined herein) or at any time prior to its Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, it is not an admission that such Debtor was insolvent at its respective Petition Date or any time prior to its Petition Date.

José Fernando Giráldez Ortiz, a director of Abeinsa Holding Inc., has signed the Schedules and Statements on behalf of Abeinsa Holding Inc. Mr. Giráldez is an authorized signatory for Abeinsa Holding Inc. In reviewing and signing the Schedules and Statements, Mr. Giráldez necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Giráldez has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

Borja Navarro Fernandez, the Chief Executive Officer and President of Abeinsa Business Development, has signed the Schedules and Statements on behalf of Abener Construction Services, LLC and Abener North America Construction, LP. Mr. Navarro is an authorized signatory for Abener Construction Services, LLC and Abener North America Construction, LP. In reviewing and signing the Schedules and Statements, Mr. Navarro necessarily has relied upon

the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Navarro has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

Emilio Rodriguez Izquierdo, the Chief Executive Officer of Inabensa USA LLC, has signed the Schedules and Statements on behalf of Inabensa USA LLC. Mr. Rodriguez is an authorized signatory for Inabensa USA LLC. In reviewing and signing the Schedules and Statements, Mr. Rodriguez necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Rodriguez has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

Sebastian Felicetti, the Treasurer of Abeinsa EPC LLC, has signed the Schedules and Statements on behalf of Abeinsa EPC LLC, Abeinsa Abener Teyma General Partnership (abbreviated from time to time on the Schedules and Statements as "AAT"), Teyma USA & Abener Engineering and Construction Services General Partnership (abbreviated from time to time on the Schedules and Statements as "Solana"), Teyma Construction USA, LLC, and Abener Teyma Hugoton General Partnership (abbreviated from time to time on the Schedules and Statements as "Hugoton"). Mr. Felicetti is an authorized signatory for Abeinsa EPC LLC, Abeinsa Abener Teyma General Partnership, Teyma USA & Abener Engineering and Construction Services General Partnership, Teyma Construction USA, LLC, and Abener Teyma Hugoton General Partnership. In reviewing and signing the Schedules and Statements, Mr. Felicetti necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Felicetti has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

Javier Ramirez, the Treasurer of Abeinsa Holding Inc., has signed the Schedules and Statements on behalf of Abener Teyma Mojave General Partnership (abbreviated from time to time on the Schedules and Statements as "Mojave") and Abener Teyma Inabensa Mount Signal Joint Venture (abbreviated from time to time on the Schedules and Statements as "Mount Signal"). Mr. Ramirez is an authorized signatory for Abener Teyma Mojave General Partnership and Abener Teyma Inabensa Mount Signal Joint Venture. In reviewing and signing the Schedules and Statements, Mr. Ramirez necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Ramirez has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1. **Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("Claim") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated"; or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.  Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

2. **Description of Cases and "As Of" Information Date**.  On March 29, April 6 and April 7, 2016 (the "Petition Dates," and each a "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.[2]  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

   On March 31, 2016, the Bankruptcy Court entered an order directing joint administration of certain of the Debtors' chapter 11 cases [D.I. 5].  On April 11, 2016, the Bankruptcy Court entered an order directing supplemental joint administration of all of the Debtors' chapter 11 cases [D.I. 67].  No party has requested the appointment of a trustee or examiner in these

---

[2] Abeinsa Holding Inc.; Abengoa Solar LLC; Abeinsa EPC LLC; Abencor USA, LLC; Inabensa USA, LLC; Nicsa Industrial Supplies, LLC; Abener Construction Services, LLC; Abener North America Construction, LP; Abeinsa Abener Teyma General Partnership; Abener Teyma Mojave General Partnership; Abener Teyma Inabensa Mount Signal Joint Venture; Teyma USA & Abener Engineering and Construction Services General Partnership; and Teyma Construction USA, LLC filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code on March 29, 2016.  Abener Teyma Hugoton General Partnership; Abengoa Bioenergy Hybrid of Kansas, LLC; Abengoa Bioenergy New Technologies, LLC; Abengoa Bioenergy Biomass of Kansas, LLC; and Abengoa Bioenergy Technology Holding, LLC filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code on April 6, 2016. Abengoa US Holding, LLC; Abengoa US, LLC; and Abengoa US Operations, LLC filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code on April 7, 2016.

chapter 11 cases.  On April 13, 2016, the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors in these chapter 11 cases [D.I. 74].

The asset and liability information provided herein represents the data of the Debtors as of the close of business on March 31, 2016, except as otherwise noted.  \

3.  **Net Book Value of Assets**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all of their assets.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the appropriate Petition Date.  Additionally, because the book values of assets, including those such as intellectual property and accounts receivable, may materially differ from their fair market values, they may be listed as undetermined amounts as of the appropriate Petition Date.  Furthermore, values for assets that have been fully depreciated or that were expensed for accounting purposes may not appear in these Schedules and Statements or may be listed with a value of $0 as they have no net book value.

4.  **Recharacterization**.  Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the appropriate Petition Date and remain executory and unexpired post-petition.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

5.  **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

6.  **Excluded Assets and Liabilities**.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation,

goodwill, accrued salaries and employee benefit accruals. The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist or are anticipated to or may accrue at some time in the future. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding pre-Petition Date Claims post-petition. Prepetition liabilities that have been or may be paid post-petition under existing authorizations or any authorization that may be approved by the Bankruptcy Court after the date hereof may have been excluded from the Schedules and Statements.

7. **Insiders**. For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as (a) directors, (b) officers, (c) persons in control of the Debtors, (d) affiliates, and (e) relatives of the Debtors' directors, officers or persons in control of the Debtors. Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code or otherwise under applicable law. Further, the listing of a party as an "insider" is not intended to be, nor shall be, construed as a legal characterization or determination of such person as an actual insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims and defenses are hereby expressly reserved. Moreover, the Debtors do not take any position with respect to (a) any insider's or Person's influence over the control of the Debtors, (b) the management responsibilities or functions of any such insider, (c) the decision making or corporate authority of any such insider, or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

8. **Intellectual Property Rights**. Exclusion or omission of certain intellectual property shall not be construed as an admission that such intellectual property rights do not exist, have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another. Furthermore, the Debtors have made diligent efforts to discern whether any Debtor owns intellectual property outright or whether all or a portion of any intellectual property is licensed from a third party. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9. **Executory Contracts**. Although the Debtors made diligent attempts to identify contracts and leases as executory and unexpired within the scope of section 365 of the Bankruptcy Code and to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors'

businesses.  Accordingly, the Debtors reserve all of their rights with respect to the inclusion or exclusion of executory contracts and unexpired leases, as well as the named parties to any and all executory contracts and unexpired leases, including the right to amend Schedule G.

10. **Classifications**.  Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedules E or F as "priority," (c) a Claim on Schedules E or F as "unsecured," or (d) a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claim or contract or lease or to setoff of such Claims.

11. **Claims Description**.  Schedules D, E, and F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that liability for and amount of such Claim is not "disputed," "contingent," and/or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability, amount or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors. Finally, listing a Claim that has been or may be paid post-Petition Date does not negate the effect of the payment of such Claim, or entitle the holder of any such Claim to double payment on account of such Claim.

12. **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, liquidated or unliquidated, fixed or contingent, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Dates, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action, nor may the Schedules and Statements be used in any litigation in these or related to these chapter 11 cases.

13. **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

a.     <u>Undetermined Amounts</u>. The description of an amount or value as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount or value.

b.     <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c.     <u>Paid Claims</u>. The Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to various orders entered by the Bankruptcy Court. Accordingly, certain outstanding liabilities may have been reduced by, satisfied by, or omitted on account of post-petition payments made on account of prepetition liabilities. To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.

d.     <u>Liens</u>. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment, unless otherwise provided.

**14. <u>Currency</u>**. Unless otherwise indicated, all amounts are reflected in U.S. dollars. Foreign denominations have been converted to U.S. dollars using the applicable exchange rate as of the date of payment.

**15. <u>Intercompany</u>**. Intercompany payables and receivables between the Debtors are set forth on Schedules E/F and A/B, as applicable.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, value, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

**16. <u>Setoffs</u>**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, rebates,

warranties, debit memos, contract allowances, credits, and other disputes between the Debtors and their suppliers or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

17. **Employee Addresses**. Employee addresses have been removed from entries listed throughout the Schedules and Statements, where applicable.

18. **Global Notes Control**. In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

**SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES**

**Schedules Summary.** Except as otherwise noted, the asset information provided herein represents the Debtors' data regarding their assets as of March 31, 2016, and the liability information provided herein represents the Debtors' data regarding their liabilities as of March 31, 2016.

For financial reporting purposes, the Debtors and certain of their non-Debtor affiliates ordinarily prepare consolidated financial statements. Unlike the consolidated financial statements, the Schedules reflect the assets and liabilities of each of the Debtors on a nonconsolidated basis, except where otherwise indicated. Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules contained unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Debtor's respective Petition Date or at any time before the Debtor's respective Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Debtor's respective Petition Date or at any time before the Debtor's respective Petition Date.

Abeinsa Holding Inc. and Teyma Construction USA, LLC have entered into a Business Management Agreement dated as of December 31, 2012, under which certain of the assets and liabilities of Abeinsa Holding Inc. that could not be transferred and/or assumed by Teyma Construction USA, LLC at the time of the agreement, were to be treated as having been transferred to Teyma Construction USA, LLC for financial account purposes and U.S. federal income tax purposes. As a result, certain of the asset and liabilities of Abeinsa Holding Inc. are reflected on the Schedules of Teyma Construction USA, LLC in accordance with the books and

records of Teyma Construction USA, LLC. Teyma Construction USA, LLC has no legal ownership in either Abener Teyma Mojave General Partnership or Abener Teyma Inabensa Mount Signal Joint Venture, however, Teyma Construction USA, LLC receives the financial benefit and burden from these entities by virtue of the Business Management Agreement entered into with Abeinsa Holding Inc.

**Schedules A/B.** The Debtors are party to a significant number of executory contracts and unexpired leases. Therefore, in an effort to avoid duplication, the Debtors have provided a list of such executory contracts and unexpired leases on Schedule G only.

**Part 1.** Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Entry of an Order (a) Authorizing the Debtors to (i) Continue Using Their Existing Cash Management System and (ii) Maintain Existing Bank Accounts and Business Forms; (b) Authorizing Continued Intercompany Claims; and (c) Granting Postpetition Intercompany Claims and Administrative Expense Priority*, filed on March 29, 2016 [D.I. 10] (the "Cash Management Motion") and the *Notice of Amended Schedules and Exhibits to the First Day Motions* filed on April 18, 2016 [D.I. 91]. The bank account balances listed are as of the Debtor's respective Petition Date.

**Part 2.** The Bankruptcy Court, pursuant to the *Final Order (i) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (ii) Establishing Procedures for Resolving Objections by Utility Companies, and (iii) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service*, entered on April 27, 2016 [D.I. 131], has authorized the Debtors to provide adequate assurance of payment for future utility services, including establishing one or more utility deposit accounts. Such deposits are not listed on Schedule A/B, which reflects deposits as of the Debtor's respective Petition Date.

Additionally, the pre-payments and deposits to affiliated parties have been reconciled but may be subject to material changes in the balance.

**Part 11.** In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter claims, cross-claims, setoffs, refunds with, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, claims or cross-claims as a plaintiff or counter claims as a defendant. Because such claims are unknown to the Debtors and not quantifiable as of the Petition Dates, they are not listed on Schedule A/B.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, value, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

**Schedule D.** Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection,

or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor. Moreover, except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim. The descriptions provided in Schedule D are solely intended to be a summary—and not an admission—of liability.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

**Schedule E/F**. The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, value, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Debtors' respective Petition Dates. The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Although there are multiple parties that hold a portion of the debt included in the Debtors' Capital Structure[3], only the administrative agents have been listed for purposes of the Schedules. The amounts outstanding under the Debtors' Capital Structure reflect approximate amounts as of the Petition Dates.

**Schedule G**. Although the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors and reasonable commercial efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors, omissions, or over inclusions may have occurred. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable commercial efforts. Listing a contract or

---

[3] *See Declaration of William H. Runge, III in Support of Chapter 11 Petitions and First Day Pleadings*[D.I. 3] and *Supplemental Declaration of William H. Runge, III in Support of Supplemental Joint Administration Motion* [D.I. 58].

agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Debtor's respective Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or characterization of any contract, agreement, or lease set forth on Schedule G and to amend or supplement Schedule G as necessary.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G notwithstanding that any such agreement may be executory.  The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including but not limited to, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or, multiple, severable, or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed therein shall be deemed to include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed therein.  In some cases, the same supplier or provider appears multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such counterparty.

The Debtors reserve all of their rights, claims, and Causes of Action with respect to the contracts and leases on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements.  Such documents may not be set forth on Schedule G.  The Debtors reserve all of their rights with respect to such agreements.  Further, the Debtors reserve all of their rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available.  Certain of the executory agreements may not have been memorialized and could be subject to dispute,

including the defense of the statute of frauds.  Executory agreements that are oral in nature have not been included on Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contract or agreement is not impaired by the omission.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity or enforceability of any such contract or that such contract is an executory contract or unexpired lease.  The Debtors reserve all of their rights to dispute the effectiveness of any contract or lease listed on Schedule G or to amend Schedule G at any time to remove any contract.

**Schedule H**.  Debtors Teyma Construction USA, LLC; Abener Construction Services, LLC; Abener North America Construction, LP; Inabensa USA, LLC; and Abeinsa EPC LLC (collectively, the "Partners") are partners/members of various affiliated debtor and non-debtor partnerships and one joint venture (the "Partnerships") as fully set forth in the *Declaration of William H. Runge, III in Support of Chapter 11 Petitions and First Day Pleadings* [D.I. 3]. As such, certain of the Partners/members may be jointly and severally liable for the outstanding debt obligations of their respective Partnerships. For the purposes of Schedule H, the Debtors have identified the Partners as co-debtors of the Partnerships' debts. Where the debt amounts are specified in the books and records, and therefore on the Schedules and Statements of the Partnership, the Debtors have scheduled the debt on the Partners' Schedules and Statements as contingent. Where a debt amount is not expressly set forth in the Schedules and Statements, the Debtors have listed the debt on the Partners' Schedules and Statements as unliquidated, disputed and contingent. The Debtors reserve all rights with respect to any partner liability for the debts of any Partnership.

There are multiple lenders under the Debtors' Capital Structure, only the administrative agents have been listed on Schedule H.

**SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' STATEMENTS**

**Statement 1.** Teyma USA & Abener Engineering and Construction Services General Partnership is reviewing certain information regarding the margins of the Solana thermal solar energy power plant located near Gila Bend, Arizona (the "Solana Project") and expect that the gross profit calculation on the Solana Project will be reduced materially. The Debtors will make appropriate disclosures in such scenario.

**Statement 2**. Due to the international nature of the Debtors businesses, the Debtors may hold cash in a number of different currencies. The amounts reflected on Statement 2 do not include the revenue recognized from currency fluctuations.

**Statement 3**.  Disbursements made on account of multiple invoices may be reflected as a single payment.  All disbursements listed in Statement 3 are made through the Debtors' cash management system as described more fully in the Cash Management Motion.

Payments related to prepetition obligations that were issued in the prepetition period, but not honored (pursuant to Court order as described in the Cash Management Motion) until the postpetition period are not included in the response to Statement 3c. These payments are *de minimis* in amount and detail relating to these payments can be made available, as appropriate, upon request.

**Statement 4/30.** Due to the complex corporate structure and distributed nature of operations of the Debtors and their non-debtor affiliates, the Debtors' accounting systems contain numerous intercompany transactions, some of which may be categorized as transfers, payments, distributions, or withdrawals credited to or made for the benefit of the insiders of the Debtors, while others are simply cost-accounting allocation entries. The Debtors are in the process of reviewing and itemizing intercompany transactions. However, due the volume and complexity of that task, it could not have been completed in time for filing these Statements. The Debtors continue to work diligently on identifying transfers, payments, distributions, or withdrawals responsive to Statements 4/30 and will provide the results as soon as they become available. Further, the expense reports of insiders reported herein do not include expenses made with corporate credit cards.

**Statement 10.** The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of such losses to the extent such losses do not have a material impact on the Debtors' business or are not reported for insurance purposes. Therefore, some losses may have been excluded.

**Statements 22/23/24.** The Debtors have operated in many locations over an extended period of time. For certain current or former locations, the Debtors may no longer be in possession of complete records or records that are reasonably accessible and reviewable. In addition, certain individuals who possessed responsive information are no longer employed by the Debtors. For these reasons, it may not be possible to identify and supply the requested information for every "site" and "proceeding" that could potentially be responsive to Statements 22/23/24 going back to the beginning of the Debtors' operations at every site. The Debtors have made commercially reasonable efforts to identify all applicable environmental information as required by Statements 22/23/24, with a focus on providing information from recent years and that are still active. These efforts included reviewing the Debtors' environmental records and incorporating the historical knowledge of the Debtors' employees into the Schedules and Statements to the extent applicable and practicable.

Where requested categories of information were not reasonably available for an identified location or proceeding, the Debtors have provided as much information as is reasonably available. The Debtors' responses do not include proceedings related to non-environmental laws, such as occupational safety and health laws. The Debtors also make routine reports and submissions concerning discharges resulting from normal operations consistent with regulatory requirements, such as discharge monitoring reports, toxic release inventory submissions and submissions concerning air emissions. The Debtors' responses to Statements 22/23/24 are limited to those reports and submissions that identify uncontrolled releases and hazardous materials and do not purport to identify all routine reports and submissions. The Debtors believe these efforts

not only satisfy the requirements of Statements 22/23/24, but also satisfy the Debtors' objective of identifying all potential environmental liabilities so that any potential liability is brought to a resolution through these chapter 11 proceedings. To the extent a potential environmental liability has been identified through these efforts, the liability is listed on the applicable Debtor's Schedule F as a "Potential Environmental Claim."  Due to data limitations and the latent nature of potential environmental liabilities, the Debtors acknowledge the possibility that potential environmental liabilities may be discovered subsequent to the filing of the Schedules and Statements. The Debtors reserve all rights to correct, amend, or supplement the Schedules and Statements as necessary or appropriate.

**Statement 26d**.  Abengoa, S.A., the ultimate parent company of the Debtor, filed quarterly and annual reports with the Securities and Exchange Commission ("SEC") for the preceding two years.  These financial statements are publicly available and may have been used by banks, customers, governmental authorities, suppliers, rating agencies and various other interested parties.

**\* \* \* END OF GLOBAL NOTES \* \* \***

**\* \* \* SCHEDULES OR STATEMENTS BEGIN ON THE FOLLOWING PAGE \* \* \***

**Fill in this information to identify the case:**

Debtor name  Teyma USA & Abener Engineering And Construction Services General Partnership

United States Bankruptcy Court for the: _____  District of Delaware
                                                                        (State)

Case number (If known):   16-10799  _____

☐ Check if this is an
   amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                      12/15

---

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
        Copy line 88 from *Schedule A/B* ........................................................................................

$ _____ 0.00

    1b.  **Total personal property:**
        Copy line 91A from *Schedule A/B* .....................................................................................

$ _____ 8,521,753.78
+ undetermined amounts

    1c.  **Total of all property:**
        Copy line 92 from *Schedule A/B* .......................................................................................

$ _____ 8,521,753.78
+ undetermined amounts

---

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..............................

$ _____ 0.00
+ undetermined amounts

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F* ......................................

$ _____ 0.00

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...........................

+ $ 5,980,284,246.63
+ undetermined amounts

4.  **Total liabilities** ...................................................................................................................................
    Lines 2 + 3a + 3b

$ 5,980,284,246.63
+ undetermined amounts

**Fill in this information to identify the case:**

Debtor name  Teyma USA & Abener Engineering And Construction Services General Partnership

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (If known):    16-10799 _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 132.55

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See attached rider | | | $ 119,267.31 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. None | $ 0.00 |
| 4.2. | $ |

5. **Total of Part 1**    $ 119,399.86
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1. None | $ 0.00 |
| 7.2. | $ |

Debtor     Teyma USA & Abener Engineering And Construction Services General Partnership     Case number (if known) 16-10799
              Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. None _____     $_____0.00

   8.2. _____     $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                $_____0.00

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.            Please refer to Debtor's response to
    ☒ Yes. Fill in the information below.   question 77 below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:   _____ – _____ = ....➔   $_____
                                 face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:      _____ – _____ = ....➔   $_____
                                 face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $_____0.00

## Part 4:   Investments

13. **Does the debtor own any investments?**
    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $_____
    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1. _____   _____%   _____   $_____
    15.2. _____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____   _____   $_____
    16.2. _____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                $_____0.00

Debtor    Teyma USA & Abener Engineering And Construction Services General Partnership        Case number (*if known*)  16-10799
          Name

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ☒ No. Go to Part 6.

  ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

  Add lines 19 through 22. Copy the total to line 84.

                                                         $_____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

  ☐ No

  ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

  ☐ No

  ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☒ No. Go to Part 7.

  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6**<br>_____ | $_____ | _____ | $_____ |

Debtor  Teyma USA & Abener Engineering And Construction Services General Partnership        Case number (*if known*)  16-10799
_____
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor    Teyma USA & Abener Engineering And Construction Services General Partnership    Case number (if known)____16-10799_____
Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Teyma USA & Abener Engineering And Construction Services General Partnership    Case number (if known)   16-10799
Name

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**
☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____ 0.00

Debtor    <u>Teyma USA & Abener Engineering And Construction Services General</u> Partnership    Case number *(if known)*    <u>16-10799</u>
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

   ❑ No
   ❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ❑ No
   ❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ❑ No
   ❑ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ❑ No. Go to Part 12.
   ☒ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

<u>None</u>     <u>    </u> − <u>    </u> = ➡   $<u>   0.00</u>
                           Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| <u>None</u> | Tax year <u>   </u> | $<u>   0.00</u> |
| <u>   </u> | Tax year <u>   </u> | $<u>   </u> |
| <u>   </u> | Tax year <u>   </u> | $<u>   </u> |

73. **Interests in insurance policies or annuities**

<u>See attached rider</u>                         $<u>  Undetermined</u>

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

<u>          </u>                         $<u>  Undetermined</u>

   **Nature of claim**     <u>Potential project-related contractual causes</u> of action

   **Amount requested**     $<u>  Undetermined</u>

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

<u>None</u>                                  $<u>   0.00</u>

   **Nature of claim**     <u>    </u>

   **Amount requested**     $<u>    </u>

76. **Trusts, equitable or future interests in property**

<u>None</u>                                  $<u>   0.00</u>

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

<u>See attached rider</u>                     $<u>  8,402,353.92</u>

<u>    </u>                                    $<u>    </u>

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.     $<u>  8,402,353.92</u>
                                                      + undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☒ No
   ❑ Yes

Debtor    Teyma USA & Abener Engineering And Construction Services General Partnership          Case number (if known)____16-10799_____
          Name

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 119,399.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................ ➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 8,402,353.92 + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ...................91a. | $ 8,521,753.78 + undetermined amounts | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................... $ 8,521,753.78
+ undetermined amounts

Debtor Name: Teyma USA & Abener Engineering And
              Construction Services General Partnership

Case Number: 16-10799

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| BANKINTER | Checking | 0025 | $551.38 |
| BANKINTER | Checking | 0155 | $202.24 |
| BANKINTER | Checking | 0197 | $899.14 |
| BANCO SANTANDER | Checking | 0396 | $26,107.51 |
| BANCO POPULAR | Checking | 1584 | $489.88 |
| BANCO SANTANDER | Checking | 1708 | $14,257.69 |
| LA CAIXA | | 1848 | $195.79 |
| HSBC | | 2010 | $913.73 |
| BANCO SANTANDER | Checking | 2097 | $301.93 |
| BANCO SANTANDER | Checking | 2101 | $-2,565.49 |
| LA CAIXA | | 2516 | $0.00 |
| BANCO POPULAR | Checking | 3139 | $683.19 |
| BANCO SANTANDER | Checking | 3278 | $0.00 |
| CALIFORNIA BANK & TRUST | Pledged | 4239 | $27,002.71 |
| COMERICA BANK | Checking | 5066 | $34,335.06 |
| ARIZONA BANK & TRUST | | 5275 | $0.00 |
| BANCO SANTANDER | | 5864 | $2,357.36 |
| BANK OF AMERICA | Checking | 6134 | $13,535.19 |
| BANCO SANTANDER | | 7270 | $0.00 |
| | | **TOTAL** | **$119,267.31** |

Debtor Name: Teyma USA & Abener Engineering And                    Case Number: 16-10799
                        Construction Services General Partnership

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| AMERICAN GUARANTEE & LIABILITY INS. | Comm. Umbrella | AUC5571450 | Undetermined |
| ZURICH AMERICAN INSURANCE CO. | Comm. Automobile | BAP5921453 | Undetermined |
| LEXINGTON INSURANCE CO. | Comm. General Liability | 27712390 | Undetermined |
| CONTINENTAL CASUALTY COMPANY | Comm. Management Liability | 596602671 | Undetermined |
| TRAVELERS PROPERTY CASUALTY INS. CO. | Property/Inland Marine | QT6601G915786TIA15 | Undetermined |
| ZURICH AMERICAN INSURANCE CO. | Workers' Compensation | WC9847571 | Undetermined |
| QBE SPECIALTY INSURANCE CO. | Directors & Officers | QPL0183231 | Undetermined |
| ALLIED WORLD ASSURANCE INC. | Excess Directors & Officers | 3100491 | Undetermined |
| AIG EUROPE LIMITED | Directors & Officers (ABG Policy) | EA13DO1182 | Undetermined |
| ZURICH AMERICAN INSURANCE CO. | Workers Compensation (Wrap-Up Policy) | WC 6726306-00 | Undetermined |
| ZURICH AMERICAN INSURANCE CO. | General Liability (Wrap-up) | GLO 6726305 | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Debtor Name:   Teyma USA & Abener Engineering And                    Case Number:    16-10799
Construction Services General Partnership

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| Intercompany Receivable - Abeinsa Abener Teyma GP | $3,690,612.00 |
| Intercompany Receivable - Abener Construction Services LLC | $22,065.75 |
| Intercompany Receivable - Abengoa S.A. | $509,389.77 |
| Intercompany Receivable - Arizona Solar One | $64,864.90 |
| Intercompany Receivable - ASI Operations Inc. | $4,093,355.75 |
| Intercompany Receivable - Teyma Construction USA LLC | $22,065.75 |
| **TOTAL** | **$8,402,353.92** |

**Fill in this information to identify the case:**

Debtor name  Teyma USA & Abener Engineering And Construction Services General Partnership

United States Bankruptcy Court for the: _____ District of  Delaware
                                                                          (State)

Case number (If known):  16-10799 _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- |

**2.1** Creditor's name
AIR LIQUIDE INDUSTRIAL U.S. LP

**Describe debtor's property that is subject to a lien**

$____ Undetermined    $____ Undetermined

Creditor's mailing address
12800 WEST LITTLE YORK ROAD
HOUSTON, TX 77041

**Describe the lien**
Arizona UCC Financing Statement Number 2013-173-4766-8 dated 04/03/2013.

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred   Undetermined

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**2.2** Creditor's name
ARIZONA BANK AND TRUST

**Describe debtor's property that is subject to a lien**

$____ Undetermined    $____ Undetermined

Creditor's mailing address
2036 E. CAMELBACK ROAD
PHOENIX, AZ 85016

**Describe the lien**
Delaware UCC Financing Statement Number 2013 4777752 dated 12/04/2013 (Including subsequent filing 2013 4779345).

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred   Undetermined

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$_____0.00
+ undetermined amounts

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number *(if known)*  16-10799 |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | *Column B*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.3 | **Creditor's name**<br>CALIFORNIA BANK AND TRUST | **Describe debtor's property that is subject to a lien** | $Undetermined | $Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
550 S. HOPE STREET, SUITE 300
LOS ANGELES, CA 90071

**Describe the lien**
Delaware UCC Financing Statement Number 2014 0693465
dated 02/21/2014.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines

| 2.4 | **Creditor's name**<br>LIBERTY MUTUAL INSURANCE COMPANY | **Describe debtor's property that is subject to a lien** | $Undetermined | $Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
175 BERKELEY STREET
BOSTON, MA 02116

**Describe the lien**
Delaware UCC Financing Statement Number 2016 1422755
dated 03/09/2016.

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines

**Fill in this information to identify the case:**

Debtor _Teyma USA & Abener Engineering And Construction Services General Partnership_

United States Bankruptcy Court for the: _____ District of Delaware
                                                              (State)

Case number 16-10799
(If known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ _____    Priority amount $ _____

**Date or dates debt was incurred**

_____

Basis for the claim:
_____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ _____    Priority amount $ _____

**Date or dates debt was incurred**

_____

Basis for the claim:
_____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ _____    Priority amount $ _____

**Date or dates debt was incurred**

_____

Basis for the claim:
_____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor  Teyma USA & Abener Engineering And Construction Services General Partnership
        _____
        Name

Case number *(if known)* 16-10799
_____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
| --- | --- |

**3.1** | **Nonpriority creditor's name and mailing address**
ABACUS PROJECT MANAGEMENT, INC
3030 N CENTRAL AVENUE
STE 803
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ 184,076.37

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.2** | **Nonpriority creditor's name and mailing address**
ABEINSA ENGINEERING SL
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nª 1, PALMAS
ALTAS 41014, SEVILLE

SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ 172,379.16

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.3** | **Nonpriority creditor's name and mailing address**
ABEINSA EPC LLC
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ 1,192,639.93

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.4** | **Nonpriority creditor's name and mailing address**
ABENCOR USA LLC
3030 N CENTRAL AVE #808
PHOENIX, AZ 85012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ 297,606.40

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.5** | **Nonpriority creditor's name and mailing address**
ABENER ENGINEERING AND CONSTRUCTION SERVICES, LLC
14522 S OUTER 40 RD
STE 400
CHESTERFIELD, MO 63017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ 122,741.87

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.6** | **Nonpriority creditor's name and mailing address**
ABENGOA S.A.
ATTN: LAIA MACIA USUA
CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS
ALTAS, SEVILLE 41014
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ 141,102,079.65

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number *(if known)* | 16-10799 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** | **Nonpriority creditor's name and mailing address** | $116,695,400.00

AGENSYND, S.L.
VELAZQUEZ 78, 4 DERECHA
MADRID, 28001 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - Emergency credit facility dated December 24, 2015 in the principal amount of €106 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.8** | **Nonpriority creditor's name and mailing address** | $415,000.00

AMEC FOSTER WHEELER ENERGIA SLU.
GABRIEL GARCÍA MARQUEZ, 2
LAS ROZAS, 28230 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.9** | **Nonpriority creditor's name and mailing address** | $89,473.93

AON RISK INSURANCE SERVICES WEST
P.O. BOX 849832
LOS ANGELES, CA 90084

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.10** | **Nonpriority creditor's name and mailing address** | $137,612,500.00

BANCO POPULAR ESPANOL., S.A.
C/ VELAZQUEZ, 34
MADRID, 28001 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - Revolving credit agreement dated September 23, 2015 in the principal drawn amount of €125 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.11** | **Nonpriority creditor's name and mailing address** | $143,432.23

BAY INSULATION OF ARIZONA INC
2929 WALKER DR
GREEN BAY, WI 54311

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number (if known) | 16-10799 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.12 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY
100 FEDERAL ST
BOSTON, MA 02110

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Indemnification claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.13 | **Nonpriority creditor's name and mailing address** | $16,049.70 |
|---|---|---|

BORDER CONSTRUCTION SPECIALTIES, LL
3880 E. BROADWAY RD.
PHOENIX, AZ 85040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.14 | **Nonpriority creditor's name and mailing address** | $15,000.00 |
|---|---|---|

BRAHMA GROUP INC
1132 S 500 WEST
SALT LAKE CITY, UT 84101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.15 | **Nonpriority creditor's name and mailing address** | $230,325.48 |
|---|---|---|

BRAND ENERGY SOLUTIONS, LLC
2516 E UNIVERSITY DR
PHOENIX, AZ 85034

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.16 | **Nonpriority creditor's name and mailing address** | $82,254.00 |
|---|---|---|

CONSTRUC. MET MEXICANAS S.A. DE C.V.
AUTOPISTA QUERETARO-CELAYA KM 16 S/N
CALERA DE OBRAJUELO
APASEO EL GRANDE, 38180 MEXICO

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number (if known) 16-10799 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** | **Nonpriority creditor's name and mailing address** | $247,216.49

CROWN SOLUTIONS, LLC
945 SOUTH BROWN SCHOOL RD.
VANDALIA, OH 45377

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | $118.24

DESIGN SPACE MODULAR BUILDINGS, INC
1935 CAMINI VIDA ROBLE, SUITE 210
CARLSBAD, CA 92008

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | $178,015,530.00

DEUTSCHE BANK AG, LONDON BRANCH, AS FISCAL AGENT
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 6.25% Senior Unsecured Convertible Notes due 2019 issued under and indenture dated as of January 17, 2013 in the original principal amount of $400 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | $450,000,000.00

DEUTSCHE BANK TRUST COMPANY AMERICAS
60 WALL ST
MSNYC 60-2710
NEW YORK, NY 10005

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 7.75% Senior Notes due 2020 issued under an indenture dated as of December 13, 2013 in the principal amount of $450 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | $550,450,000.00

DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 8.5% Senior Unsecured Notes due 2016 under a fiscal agency agreement dated as of March 31, 2010 in the principal amount of €500 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    Teyma USA & Abener Engineering And Construction Services General Partnership
Name

Case number (if known)  16-10799

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.22 | **Nonpriority creditor's name and mailing address** | $605,495,000.00 |
|---|---|---|

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER HOUSE
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 8.875% Senior Notes due 2018 under an indenture dated as of February 5, 2013 in the principal amount of €550 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | $650,000,000.00 |
|---|---|---|

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 8.875% Senior Notes due 2017 under an indenture dated as of October 28, 2010 in the principal amount of $650 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | $412,837,500.00 |
|---|---|---|

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 7.0% Senior Notes due 2020 issued under an indenture dated as of April 21, 2015 in the principal amount of €375 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | $300,000,000.00 |
|---|---|---|

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 6.5% Senior Notes due 2019 issued under an indenture dated as of September 30, 2014 in the principal amount of $300 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | $550,450,000.00 |
|---|---|---|

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 6.0% Senior Notes due 2021 issued under an indenture dated as of March 27, 2014 in the principal amount of €500 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 6 of 21

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number *(if known)* 16-10799 |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address** | | $291,738,500.00 |
|---|---|---|---|

DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE
WINCHESTER HOUSE
1 GREAT WINCHESTER ST
LONDON, EC2N 2DB UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Guarantor - 5.5% Senior Notes due 2019 issued under an indenture dated as of September 30, 2014 in the principal amount of €265 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | | $25,751.87 |
|---|---|---|---|

DRAKE MATERIALS
5745 N. SCOTTDALE RD, SUITE B.110
SCOTTDALE, AZ 85250

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | | $10,651.34 |
|---|---|---|---|

DURKIN EQUIPMENT COMPANY
CHAFFE ST
ST. LOUIS, MO 63146

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | | $32,870,672.20 |
|---|---|---|---|

EL INSTITUTO CREDITO OFICIAL
JAIME CERVERA/CONCHI BERROCAL
DEPARTMENT OF OPERATIONS
PASEO DEL PRADO, 4
MADRID, 28014 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Guarantor - ICO credit agreement dated July 30, 2015 in the principal amount of €30 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | | $110,412.83 |
|---|---|---|---|

ERROL L. MONTGOMERY & ASSOC., INC.
1550 E. PRINCE ROAD
TUCSON, AZ 85719

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number *(if known)* 16-10799 |
|---|---|---|
| | Name | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.32** | Nonpriority creditor's name and mailing address | $82,745,845.80

EUROPEAN INVESTMENT BANK
98-100 BLVD KONRAD ADENAUER
LUXEMBOURG, L-2950 LUXEMBOURG

As of the petition filing date, the claim is:
*Check all that apply.*

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Guarantor - Finance contract dated July 6, 2015 in the principal amount of €125 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Last 4 digits of account number**

---

**3.33** | Nonpriority creditor's name and mailing address | $11,840.00

EXA ARCHITECTS
4544 E CAMP LOWELL DR. SUITE 146
TUCSON, AZ 85712

As of the petition filing date, the claim is:
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Last 4 digits of account number**

---

**3.34** | Nonpriority creditor's name and mailing address | $1,305.28

FEDEX - PASADENA, CA
PO BOX 7221
PASADENA, CA 91109

As of the petition filing date, the claim is:
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Last 4 digits of account number**

---

**3.35** | Nonpriority creditor's name and mailing address | $375,142.14

FHI PLANT SERVICES
2672 ABELS LN
LAS VEGAS, NV 89115

As of the petition filing date, the claim is:
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Last 4 digits of account number**

---

**3.36** | Nonpriority creditor's name and mailing address | $Undetermined

Fidelity and Deposit Company of Maryland
600 RED BROOK BOULEVARD
4TH FL
OWINGS MILLS, MD 21117

As of the petition filing date, the claim is:
*Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Basis for the claim:** Bond No. 9096643 issued in favor of State of Arizona.

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number *(if known)*_ 16-10799 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.37 | **Nonpriority creditor's name and mailing address** | | $828.82 |
|---|---|---|---|

FLEETCOR TECHNOLOGIES, INC.
420 TECHNOLOGY PARKWAY
NORCROSS, GA 30092

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | | $8,177.80 |
|---|---|---|---|

FLOWSERVE CORPORATION
1909 EAST CASHDAN ST
RANCHO DOMINGUEZ, CA 90266

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | | $57,747.86 |
|---|---|---|---|

FREEPORT LOGISTICS
431 N. 47TH AVENUE
PHOENIX, AZ 85043

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | | $10,150.00 |
|---|---|---|---|

GANNETT FLEMING, INC.
4722 NORTH 24TH STREET
PHOENIX, AZ 85016

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

| 3.41 | **Nonpriority creditor's name and mailing address** | | $180,938.00 |
|---|---|---|---|

GE MOBILE WATER INC
4545 PATENT ROAD
NORFOLK, VA 23502

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Debtor    Teyma USA & Abener Engineering And Construction Services General Partnership    Case number *(if known)* 16-10799
_____Name_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.42 | **Nonpriority creditor's name and mailing address** | | $192.06 |

GILA BOTTLES
PO BOX 29
GILA BEND, AZ 85337

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.43 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

H&E EQUIPMENT SERVICES
TIMOTHY G. SCANLON; KLIEN, DENATALE, GOLDNER,
COOPER, ROSNELIES &* KIMBALL, LLP
4550 CALFIORNIA AVE., 2ND FL
BAKERSFIELD, CA 93309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Lien Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.44 | **Nonpriority creditor's name and mailing address** | | $134.25 |

H2O ENVIRONMENTAL SERVICES
6679 S SUPPLY WAY, BOISE ID 83716
CHANDLER, AZ 85246

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.45 | **Nonpriority creditor's name and mailing address** | | $27,893.29 |

HD SUPPLY CONSTRUCTION SUPPLY, LTD.
3100 CUMBERLAND BLVD. SUITE 1700
ATLANTA, GA 30330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.46 | **Nonpriority creditor's name and mailing address** | | $1,642,687.15 |

INGENIERÍA Y MONTAJES LOINTEK, S.L.
AITA GOTZON, 37
URDULIZ (VIZCAYA), 48610 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number *(if known)* | 16-10799 |
| --- | --- | --- | --- |
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.47 | **Nonpriority creditor's name and mailing address** | | $290.00 |
| --- | --- | --- | --- |

KNIGHTHAWK ENGINEERING, INC
KNIGHTHAWK ENGINEERING, INC
HOUSTON, TX 77058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.48 | **Nonpriority creditor's name and mailing address** | | $4,105,256.63 |
| --- | --- | --- | --- |

LA CAIXA
CL. SIERPES 85, PLANTA 1ª, 41004 - SEVILLA
SEVILLA, SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Financing Debt Obligation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.49 | **Nonpriority creditor's name and mailing address** | | $64,736.31 |
| --- | --- | --- | --- |

LIBERTY INDUSTRIAL GROUP, INC
1132 SOUTH 500 WEST
SALT LAKE CITY, UT 84101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.50 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
| --- | --- | --- | --- |

LIBERTY MUTUAL
175 BERKELEY STREET
BOSTON
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Indemnification claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.51 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
| --- | --- | --- | --- |

Liberty Mutual Insurance Company,Fidelity and Deposit Company of
Maryland
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Bond No. 017150892,9130854 issued in favor of MMC Contractors National, Inc..

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number (if known) | 16-10799 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52** **Nonpriority creditor's name and mailing address** $24,202.58

LUDVIK ELECTRIC CO
1020 E. UNIVERSITY DR.
PHOENIX, AZ 85034

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.53** **Nonpriority creditor's name and mailing address** $54.91

M&M PORTABLE TOILETS
108 N.MARTIN AVENUE, REARYARD
GILA BEND, AZ 85337

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.54** **Nonpriority creditor's name and mailing address** $233,845.79

MATRIX SERVICES, INC.
5100 E. SKELLY DR.
TULSA, OK 74135

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.55** **Nonpriority creditor's name and mailing address** $18,862.69

MEAD OBRIEN INC
10800 MIDWEST INDUSTRIAL BOULEVARD
ST. LOUIS, MO 63132

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.56** **Nonpriority creditor's name and mailing address** $8,359,094.00
+ undetermined amounts

MMC CONTRACTORS NATIONAL, INC.
C/O DUBOIS, BRYANT & CAMPBELL, LLP
MATTHEW SULLIVAN & DAVID ROWE
700 LAVACA ST., SUITE 1300
AUSTIN, TX 78701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Lien Claim

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number (if known) | 16-10799 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.57 | **Nonpriority creditor's name and mailing address** | | $64,411.83 |
|---|---|---|---|

MOBILE FORCE LLC
5283 SOUTH DESERT VIEW DR.
APACHE JUNCTION, AZ 85220

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.58 | **Nonpriority creditor's name and mailing address** | | $1,259.50 |
|---|---|---|---|

MODULAR SPACE CORPORATION
1200 SWEDESFORD RD
BERWYN, PA 19312

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.59 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

NATIONAL INDEMNITY COMPANY
1314 DOUGLAS STREET
SUITE 1400
OMAHA, NE 68102

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Indemnification claim

**Date or dates debt was incurred**

Is the claim subject to offset?

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.60 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

NATIONAL LIABILITY & FIRE INSURANCE COMPANY
3024 HARNEY STREET
OMAHA, NE 68131

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Indemnification claim

**Date or dates debt was incurred**

Is the claim subject to offset?

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.61 | **Nonpriority creditor's name and mailing address** | | $274,197.21 |
|---|---|---|---|

NEGOCIOS INDUSTRIALES Y COMERCIALES S.A.
PASEO DE LA CASTELLANA
43
MADRID, 28046 SPAIN

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?

☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number *(if known)* 16-10799 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.62 | **Nonpriority creditor's name and mailing address** | | $5,996.32 |
|---|---|---|---|

NEWJAC, INC
415 SOUTH GRANT STREET
LEBANON, IN 46052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.63 | **Nonpriority creditor's name and mailing address** | | $60,000.00 |
|---|---|---|---|

NICSA INDUSTRIAL SUPPLIES CORP
8800 JAMEEL RD STE 190
HOUSTON, TX 77040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.64 | **Nonpriority creditor's name and mailing address** | | $3,262.00 |
|---|---|---|---|

NW LININGS & GEOTEXTILE PRODUCTS
21000 77TH AVE S
KENT, WA 98032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.65 | **Nonpriority creditor's name and mailing address** | | $58.41 |
|---|---|---|---|

OFFICE FURNITURE SOLUTIONS
12822 W.ALEGRE ROAD DRIVE
LITCHFIELD PARK, AZ 85340

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.66 | **Nonpriority creditor's name and mailing address** | | $15,281.91 |
|---|---|---|---|

PENTAIR
SUITE 200 10707 CLAY ROAD
HOUSTON, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Teyma USA & Abener Engineering And Construction Services General Partnership
         Name

Case number (if known) 16-10799

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67**   Nonpriority creditor's name and mailing address

$Undetermined

PHOENIX NATIONAL LABORATORIES
2837 E. CHAMBERS ST
PHOENIX, AZ 85040

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Potential Lien Claim

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

---

**3.68**   Nonpriority creditor's name and mailing address

$3,385.20

PHOENIX NATIONAL LABORATORIES, INC.
2837 E. CHAMBERS ST.
PHOENIX, AZ 85040

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Vendor - Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

---

**3.69**   Nonpriority creditor's name and mailing address

$26,426.00

PHOENIX PUMPS, INC.
5100 36TH STREET
PHOENIX, AZ 85040

As of the petition filing date, the claim is:
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor - Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

---

**3.70**   Nonpriority creditor's name and mailing address

$18,684.28

POLYGON US CORPORATION
BLDG F 15 SHARPNERS POND ROAD
NORTH ANDOVER, MA 01845

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor - Trade Payable

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

---

**3.71**   Nonpriority creditor's name and mailing address

$2,057,563.24

POPULAR
CALLE ALCALA NO. 26 , MADRID ESPAN
MADRID, SPAIN

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Financing Debt Obligation

Date or dates debt was incurred Undetermined

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number

---

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number *(if known)* 16-10799 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.72**  **Nonpriority creditor's name and mailing address**                                        $82,000.46

PRAXAIR DISTRIBUTION INC
2506 IRVING BLVD
DALLAS, TX 75207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**

**Last 4 digits of account number**                       ☒ No
                                                          ☐ Yes

---

**3.73**  **Nonpriority creditor's name and mailing address**                                        $625,178.83

RESOURCE WEST INC.
326 MAIN ST., SUITE 230
GRAND JUNCTION, CO 81501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**

**Last 4 digits of account number**                       ☒ No
                                                          ☐ Yes

---

**3.74**  **Nonpriority creditor's name and mailing address**                                        $Undetermined

RLI INSURANCE COMPANY
9025 N LINDBERGH DR
PEORIA, IL 61615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Indemnification claim

**Date or dates debt was incurred**                       **Is the claim subject to offset?**

**Last 4 digits of account number**                       ☒ No
                                                          ☐ Yes

---

**3.75**  **Nonpriority creditor's name and mailing address**                                        $Undetermined

SAFECO Insurance Company of America
SAFECO PLAZA
1001 FOURTH AVENUE
SEATTLE, WA 98154

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Bond No. 6693496 issued in favor of State of Arizona.

**Date or dates debt was incurred**                       **Is the claim subject to offset?**

**Last 4 digits of account number**                       ☐ No
                                                          ☐ Yes

---

**3.76**  **Nonpriority creditor's name and mailing address**                                        $9,800.00

SEAL LABS. (EAG, INC)
2710 WALSH AVENUE
SANTA CLARA, CA 95051

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**

**Last 4 digits of account number**                       ☒ No
                                                          ☐ Yes

---

Official Form 206E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**              Page 16 of 21

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number *(if known)* 16-10799 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.77 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

SLATER CONTROLS
C/O STEWART MCKEEHAN
617 E. 7TH ST.
ODESSA, TX 79761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.78 | **Nonpriority creditor's name and mailing address** | | $15,827.34 |
|---|---|---|---|

SMITH PRECAST INC DBA
2410 W. BROADWAY RD
PHOENIX, AZ 85041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.79 | **Nonpriority creditor's name and mailing address** | | $1,454,267,982.90 |
|---|---|---|---|

SOCIÉTÉ GÉNÉRALE, SUCURSAL EN ESPAÑA, AS AGENT
TORRE PICASSO
PLAZA DE PABLO RUIZ PICASSO, 1
MADRID, 28020 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - Syndicated credit facility dated September 30, 2014 in the principal amount of €1,321.0 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.80 | **Nonpriority creditor's name and mailing address** | | $1,100,900.00 |
|---|---|---|---|

SPANISH COMISARIO, BONDHOLDERS SL
ATTN: GENERAL COUNSEL
AV. FRANCIA 17, A, 1
VALENCIA, 46023 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - $279 million 5.125% Exchangeable Notes due 2017 in the principal outstanding amount of €1 million plus accrued interest

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.81 | **Nonpriority creditor's name and mailing address** | | $17,243.03 |
|---|---|---|---|

STRAIGHT ARROW CONTRACTING
10120 W SOUTHERN AVE
TOLLESON, AZ 85353

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number *(if known)* 16-10799 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.82 | **Nonpriority creditor's name and mailing address** | | $654.45 |
|---|---|---|---|

SUMMIT FIRE PROTECTION
38 FOUNTAIN SQUARE
CINCINATTI, OH 45202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.83 | **Nonpriority creditor's name and mailing address** | | $864,993.69 |
|---|---|---|---|

TEYMA CONSTRUCTION USA, LLC
3030 NORTH CENTRAL AVENUE
SUITE 808
PHOENIX, AZ 85012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.84 | **Nonpriority creditor's name and mailing address** | | $5,503.07 |
|---|---|---|---|

TRES RIOS CONSULTING ENGINEERS, INC
4820 E MCDOWELL ROAD, SUITE 101
PHOENIX, AZ 85008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.85 | **Nonpriority creditor's name and mailing address** | | $6,740.10 |
|---|---|---|---|

TRI STAR INDUSTRIAL COMPANY LLC
1645 W BUCKEYE RD
PHOENIX, AZ 85007

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.86 | **Nonpriority creditor's name and mailing address** | | $179,993.93 |
|---|---|---|---|

UNITED RENTALS - RSC EQUIPMENT
1429 NORTH PINAL AVE
CASA GRANDE, AZ 85122

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor   Teyma USA & Abener Engineering And Construction Services General Partnership          Case number *(if known)*  16-10799
         Name

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.87** | **Nonpriority creditor's name and mailing address** | $773,233.59

UNIVAR USA
3320 S COUNCIL RD
OKLAHOMA CITY, OK 73179

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.88** | **Nonpriority creditor's name and mailing address** | $5,277.58

VALENTE ENT DBA VAL TECH MANUFACTUR
1034 W.23RD ST
TEMPE, AZ 85282

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.89** | **Nonpriority creditor's name and mailing address** | $440,558.82

VEOLIA WATER TECHNOLOGIES, INC
913 INDUSTRIAL PARK DRIVE
VANDALIA, OH 45377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.90** | **Nonpriority creditor's name and mailing address** | $12,045.54

WEINBERGER WASTE DISPOSAL
3425 S. 43 RD AVENUE,
PHOENIX, AZ 85009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.91** | **Nonpriority creditor's name and mailing address** | $853,051.17

WESTERN OILFIELDS SUPPLY COMPANY
5101 OFFICE PARK DRIVE
BAKERSFIELD, CA 93309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number *(if known)* | 16-10799 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.92** | Nonpriority creditor's name and mailing address | | $1,133.22

WESTERN TECHNOLOGIES INC
E. BROADWAY ROAD
PHOENIX, AZ 85040

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | | $65.96

WESTERN TECHNOLOGIES INC.
EAST BROADWAY ROAD 3737
PHOENIX, AZ 85040

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor - Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | | $Undetermined

WILLIAM KISER & KELLY KISER, PLAINTIFFS
C/O BREYER LAW OFFICES, MARK BREYER & BRIAN FAWBER
3840 E. RAY ROAD
PHOENIX, AZ 85044

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | | $Undetermined

ZURICH AMERICAN INSURANCE COMPANY
1400 AMERICAN LN
SCHAUMBURG, IL 60196

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Project based workers compensation and other insurance

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?

☐ No
☐ Yes

---

Debtor   Teyma USA & Abener Engineering And Construction Services General Partnership          Case number *(if known)* 16-10799
_____
Name

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $_____0.00 |
| 5b.  **Total claims from Part 2** | 5b.  **+** | $_____5,980,284,246.63<br>+ undetermined amounts |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $_____5,980,284,246.63<br>+ undetermined amounts |

---

**Fill in this information to identify the case:**

Debtor name __Teyma USA & Abener Engineering And Construction Services General Partnership__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): __16-10799_____    Chapter _____

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Service – Supervision and Labor | ABACUS PROJECT MANAGEMENT INC.<br>3030 N CENTRAL AVENUE<br>STE 803<br>PHOENIX, AZ 85012 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Engineering Services | ABEINSA ENGINEERING<br>PO BOX 7565<br>CHESTERFIELD, MO 63017-9997 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Service Agreement | ABEINSA EPC LLC<br>3030 NORTH CENTRAL AVENUE<br>SUITE 808<br>PHOENIX, AZ 85012 |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Service Agreement | ABEINSA INGENIERIA Y CONSTRUCCION INDUSTRIAL, S.A.<br>CALLE ENERGIA, 1 CAMPUS PALMAS ALTAS, 41006 SEVILLA<br> SPAIN |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Supply Misc. Pumps | ABENCOR USA<br>3030 N. CENTRAL AVE<br>STE 808<br>PHOENIX, AZ 85012 |

Debtor   <u>Teyma USA & Abener Engineering And Construction Services</u> General Partnership   Case number *(if known)* <u>16-10799</u>
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Service- Purchase and Transport Heat Exchanger; Pumps | ABENCOR USA<br>3030 N. CENTRAL AVE<br>STE 808<br>PHOENIX, AZ 85012 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | Service- Transport Preheaters | ABENCOR USA<br>3030 N. CENTRAL AVE<br>STE 808<br>PHOENIX, AZ 85012 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | Consultancy & Technical Assistance Service Agreement for Manufacturing Collectors and Salt Systems re Construction of Solana Solar Thermal Plant | ABENGOA SOLAR ESPAÑA. S.A.<br>CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nª 1, PALMAS ALTAS 41014, SEVILLE<br><br>SPAIN |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | License Agreement for Solar Technology and Technical Assitance re Solana Solar Thermal Plant Construction | ABENGOA SOLAR ESPAÑA. S.A.<br>CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nª 1, PALMAS ALTAS 41014, SEVILLE<br><br>SPAIN |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | Reciprocal Credit Agreement | ABENGOA, SA<br>ATTN: LAIA MACIA USUA<br>CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nª 1, PALMAS ALTAS, SEVILLE 41014<br>SPAIN |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | Supply Heat Exchangers | AMEC FOSTER WHEELER<br>140 QUARRY PARK BLVD SOUTHEAST<br>CALGARY, AB AB T2C 3G3 CANADA |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | Treasury Management Service Agreement | ARIZONA BANK & TRUST<br>2036 EAST CAMELBACK ROAD<br>CHANDLER, AZ 85016 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    <u>Teyma USA & Abener Engineering And Construction Services</u> General Partnership    Case number *(if known)* <u>16-10799</u>
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Second Amended and Restated Turnkey Engineering, Procurement and Construction Contract | ARIZONA SOLAR ONE LLC<br>11500 W 13TH AVENUE<br>LAKEWOOD, CO 80215 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Solana Estoppel Certificate and Undertaking | ARIZONA SOLAR ONE LLC<br>11500 W 13TH AVENUE<br>LAKEWOOD, CO 80215 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Project Management Agreement, Purchase order and Special Terms and Conditions. | ARIZONA SOLAR ONE LLC<br>11500 W 13TH AVENUE<br>LAKEWOOD, CO 80215 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Checking Account Agreement | BANCO POPULAR<br>VELÁZQUEZ 34<br>MADRID, 28001 SPAIN |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Confirming Contract | BANCO SANTANDER<br>SANTANDER GROUP CITY AVENIDA DE CANTABRIA<br>BOADILLA DEL MONTE<br>MADRID, 28660 SPAIN |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Authorization for Treasury Services | BANK OF AMERICA<br>100 NORTH TRYON STREET<br>CHARLOTTE, NC 28255 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Payment Service Agreement | BANKINTER S.A.<br>PASEO DE LA CASTELLANA, 29<br>MADRID, 28046 SPAIN |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor   <u>Teyma USA & Abener Engineering And Construction Services General Partnership</u>       Case number (if known)  <u>16-10799</u>
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Supply- Pipe Insulation & Equipment Insulation | BAY INSULATION OF AMERICA<br>2929 WALKER DRIVE<br>GREEN BAY, WI 54308 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification agreement | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY<br>100 FEDERAL ST<br>BOSTON, MA 02110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Construction Supplies/Consumables | BORDER CONSTRUCTION<br>3880 EAST BROADWAY ROAD<br>PHOENIX, AZ 85040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Service Scaffolding/Insulation- Labor & Material | BRAND ENERGY<br>1325 COBB INT. DR. STE. A-1<br>KENNESAW, GA 30152 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Credit line account agreement and Payment Services Agreement | CAIXABANK S.A.<br>AVENIDA DIAGONAL, 621-629<br>BARCELONA, 8028 SPAIN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Supply Pylons for Solar Field | COMEMSA (CONSTRUCCIONES METALICAS MEXICANAS)<br>AUTOPISTA QUERETARO-CELAYA KM 16 S/N<br>CALERA DE OBRAJUELO<br>APASEO EL GRANDE, 38180 MEXICO |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Business and Personal Deposit Account Contract | COMERICA<br>COMERICA BANK TOWER<br>1717 MAIN STREET<br>DALLAS, TX 75201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number (if known) 16-10799 |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.27** State what the contract or lease is for and the nature of the debtor's interest | Service- Water Filtration | CROWN SOLUTIONS<br>#40, 5TH STREET<br>SHAKTHI NAGAR<br>THORAIPAKKAM, CHENNAI, 600 097 INDIA |
| State the term remaining<br>List the contract number of any government contract | | |
| **2.28** State what the contract or lease is for and the nature of the debtor's interest | Service- Rent Office Trailers & Conexes | DESIGN SPACE MODULAR<br>25212 MARGUERITE PKWY.<br>MISSION VIEJO, CA 92692 |
| State the term remaining<br>List the contract number of any government contract | | |
| **2.29** State what the contract or lease is for and the nature of the debtor's interest | Supply Concrete | DRAKE MATERIALS<br>5745 N. SCOTTDALE RD, SUITE B.110<br>SCOTTSDALE, AZ 85250 |
| State the term remaining<br>List the contract number of any government contract | | |
| **2.30** State what the contract or lease is for and the nature of the debtor's interest | Supply Pressure/ Temp Transmitters | DURKIN EQUIPMENT<br>2383 CHAFFEE DR.<br>ST. LOUIS, MO 63146 |
| State the term remaining<br>List the contract number of any government contract | | |
| **2.31** State what the contract or lease is for and the nature of the debtor's interest | Service- Environmental Consulting | ERROL L MONTGOMERY & ASSOCIATES<br>1550 EAST PRINCE ROAD<br>TUCSON, AZ 85719 |
| State the term remaining<br>List the contract number of any government contract | | |
| **2.32** State what the contract or lease is for and the nature of the debtor's interest | Services- Rental of Equipment | FHI PLANT SERVICES<br>2200 E. WILLIAMS FIELD RD. #200<br>GILBERT, AZ 85295 |
| State the term remaining<br>List the contract number of any government contract | | |
| **2.33** State what the contract or lease is for and the nature of the debtor's interest | Supply Equipment and Materials | FHI PLANT SERVICES<br>2200 E. WILLIAMS FIELD RD. #200<br>GILBERT, AZ 85295 |
| State the term remaining<br>List the contract number of any government contract | | |

Debtor    Teyma USA & Abener Engineering And Construction Services General Partnership    Case number *(if known)*  16-10799
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Specialized Valves | FLOWSERVE<br>5215 N. O'CONNOR BLVD.<br>SUITE 2300<br>IRVING, TX 75039 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply – Boiler Feedwater Pumps | FLOWSERVE CORPORATION<br>5215 N. O'CONNOR BLVD.<br>SUITE 2300<br>IRVING, TX 75039 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplies- Procurement of Construction Materials | FREEPORT LOGISTICS<br>431 N 47TH AVE<br>PHOENIX, AZ 85043 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Services- Procurement/Broker for Rental of Equipment | FREEPORT LOGISTICS<br>431 N 47TH AVE<br>PHOENIX, AZ 85043 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | Service - Consulting/Engineering for grading & drainage WTP | GANNET FLEMING<br>207 SENATE AVENUE<br>CAMP HILL, PA 17011 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | Service-  Water Treatment System | GE MOBILE WATER<br>4545 PATENT ROAD<br>NORFOLK, VA 23502 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply- Construction Supplies/Consumables | HD SUPPLY CONSTRUCTION |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    <u>Teyma USA & Abener Engineering And Construction Services</u> General Partnership    Case number *(if known)* _16-10799_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.41** | **State what the contract or lease is for and the nature of the debtor's interest** | Payment Account Framework Agreement | HSBC BANK PLC, SPAIN BRANCH HSBC BANK PLC, TORRE PICASSO FLOOR 33 PLAZA PABLO RUIZ PICASSO, 1 MADRID, 28020 SPAIN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.42** | **State what the contract or lease is for and the nature of the debtor's interest** | Service- Insulation | LIBERTY INDUSTRIAL GROUP 21442 N CENTRAL AVE PHOENIX, AZ 85027 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.43** | **State what the contract or lease is for and the nature of the debtor's interest** | Supply- Insulation | LIBERTY INDUSTRIAL GROUP 21442 N CENTRAL AVE PHOENIX, AZ 85027 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.44** | **State what the contract or lease is for and the nature of the debtor's interest** | Indemnification agreement | LIBERTY MUTUAL 175 BERKELEY STREET BOSTON BOSTON, MA 02116 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.45** | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Heat Exchangers | LOINTEK INGENIERIA Y TECNICAS DE MONTAJE, S.L. ALTA GOTZON, 37, 48610 URDULIZ (BIZKAIA) SPAIN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.46** | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Electrical  Materials (wire, conduit, etc) | LUDVIK ELECTRIC CO 3900 SOUTH TELLER STREET LAKEWOOD, CO 80235 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.47** | **State what the contract or lease is for and the nature of the debtor's interest** | Service- Electrical  Subcontractor | LUDVIK ELECTRIC CO. 3900 SOUTH TELLER STREET LAKEWOOD, CO 80235 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    <u>Teyma USA & Abener Engineering And Construction Services</u> General Partnership     Case number *(if known)* <u>16-10799</u>
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Perform Heat Exchanger Cleaning | MATRIX SERVICES INC<br>5100 EAST SKELLY DRIVE<br>SUITE 700<br>TULSA, OK 74135 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply- Pressure Gauges/Meters | MEAD O'BRIEN<br>10800 MIDWEST INDUSTRIAL BLVD<br>ST. LOUIS, MO 63132 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Diesel Fuel and Rental Tanks | MOBILE FORCE LLC<br>55 S 56TH ST<br>CHANDLER, AZ 85226 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply/Rent Office Trailers & Conexes | MODULAR SPACE CORP<br>100 PENNVAL RD<br>WOODBRIDGE, NJ 07095 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | Indemnification agreement | NATIONAL INDEMNITY COMPANY<br>1314 DOUGLAS STREET<br>SUITE 1400<br>OMAHA, NE 68102 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | Indemnification agreement | NATIONAL LIABILITY & FIRE INSURANCE COMPANY<br>3024 HARNEY STREET<br>OMAHA, NE 68131 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | Service - Osmosis Desalination water evaporation ponds | NATIONAL OILWELL VARCO<br>7909 PARKWOOD CIRCLE DRIVE<br>HOUSTON, TX 77036 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number *(if known)*  16-10799 |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Supply Heat Tracing Material | NEGOCIOS INDUSTRIALES Y COMERCIALES PASEO DE LA CASTELLANA 43 MADRID, 28046 SPAIN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Supply Piping, fittings, valves | NEWJAC INC 415 S GRANT ST LEBANON, IN 46052 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Supply Heat Tracing Material | NICSA INDUSTRIAL SUPPLIES CORP 8800 JAMEEL RD STE 190 HOUSTON, TX 77040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Supply and Install geotechnical fabrics and linings | NW LININGS & GEOTEXTILE PRODUCTS 21000 77TH AVE S KENT, WA 98032 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Supply Specialized Valves | PENTAIR FKA TYCO VALVE 5500 WAYZATA BLVD SUITE 600 MINNEAPOIS, MN 55416 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Supply Pumps | PHOENIX PUMPS 5100 S 36TH ST PHOENIX, AZ 85040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Service- Rental Equipment- Dehumidifier; Blower, Heater for TES works | POLYGON US CORP 15 SHARPNER'S POND ROAD BUILDING F NORTH ANDOVER, MA 01845 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number (if known) 16-10799 |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Supply- Welding tools & Gases/ Consumables | PRAXAIR DISTRIBUTION<br>39 OLD RIDGEBURY ROAD<br>DANBURY, CT 06810 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Service- Water Tank Rental; Water Treatment System | RESOURCE WEST INC.<br>326 MAIN STREET<br>STE 230<br>GRAND JUNCTION, CO 81501 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification agreement | RLI INSURANCE COMPANY<br>9025 N LINDBERGH DR<br>PEORIA, IL 61615 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Services- Testing of Material Failure | SEAL LABS (EAG, INC)<br>250 NORTH NASH STREET<br>EL SEGUNDO, CA 90245 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Service Perform Heat Exchanger Cleaning | SOLARCA USA CORP<br>1095 EVERGREEN CIRCLE SUITE 200 122<br>THE WOODLANDS, TX 77380 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Supply concrete and prefab rebar cages | STRAIGHT ARROW CONTRACTING<br>10120 W SOUTHERN AVE<br>TOLLESON, AZ 85353 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Supply and Install Sprinkler Systems | SUMMIT FIRE PROTECTION<br>575 MINNEHAHA AVENUE WEST<br>ST. PAUL, MN 55103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | <u>Teyma USA & Abener Engineering And Construction Services</u> General Partnership | Case number (if known) <u>16-10799</u> |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply of new boiler feedwater heaters | THERMAL ENGINEERING INTERNATIONAL USA INC<br>10375 SLUSHER DRIVE<br>SANTE FE SPRINGS, CA 90670 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Engineering Services for Pump Wells | TRES RIOS CONSULTING ENGINEERS<br>4820 E. MCDOWELL ROAD SUITE 101<br>PHOENIX, AZ 85008 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | Service- Rental of generators; light stands; tools; welding machines, etc | UNITED RENTALS<br>100 FIRST STAMFORD PLACE<br>STE 700<br>STAMFORD, CT 06902 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Service- Environmental Consulting and Remediation | UNIVAR USA INC<br>3075 HIGHLAND PARKWAY<br>SUITE 200<br>DOWNERS GROVE, IL 60515 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | Solana Estoppel Certificate and Undertaking | US DEPARTMENT OF ENERGY<br>1000 INDEPENDENCE AVE. SW<br>WASHINGTON, DC 20585 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | Service- Water Treat System-Reverse Osmosis | VEOLIA WATER TECHNOLOGIES<br>L'AQUARÉNE - 1, PLACE MONTGOLFIER<br>SAINT-MAURICE, 94417 FRANCE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Dumpsters and Trash Bins | WEINBERGER WASTE INC. |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    <u>Teyma USA & Abener Engineering And Construction Services</u> General Partnership          Case number *(if known)* __16-10799__
_____Name_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | Rent Temporary Tanks , Pumps and Piping | WESTERN OILFIELDS DBA RAIN FOR RENT<br>3404 STATE ROAD<br>BAKERSFIELD, CA 93309 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | Compaction Testing for Evaporation Ponds and Ullage | WESTERN TECHNOLOGIES |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Teyma USA & Abener Engineering And Construction Services General Partnership</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware<br>(State)</td></tr>
<tr><td>Case number (if known):</td><td>16-10799</td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. Does the debtor have any codebtors?

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Abacus Project Management, Inc. | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.2 Abacus Project Management, Inc. | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.3 Abacus Project Management, Inc. | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.4 Abacus Project Management, Inc. | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.5 Abacus Project Management, Inc. | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | RLI INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.6 Abacus Project Management, LLC | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number (if known) 16-10799 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Abacus Project Management, LLC | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D<br>☒ E/F<br>☒ G |
| 2.8 | Abacus Project Management, LLC | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D<br>☐ E/F<br>☐ G |
| 2.9 | Abacus Project Management, LLC | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.10 | Abacus Project Management, LLC | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.11 | Abacus Project Management, LLC | 3030 N CENTRAL AVENUE STE 803 PHOENIX, AZ 85012 | RLI INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.12 | Abeima USA, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.13 | Abeima USA, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | NATIONAL INDEMNITY COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.14 | Abeima USA, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.15 | Abeinsa Abeima Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.16 | Abeinsa Abeima Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D<br>☒ E/F<br>☒ G |
| 2.17 | Abeinsa Abeima Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D<br>☒ E/F<br>☒ G |

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number *(if known)* 16-10799 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.18 | Abeinsa Abeima Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.19 | Abeinsa Abeima Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | RLI INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.20 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.21 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.22 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.23 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.24 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.25 | Abeinsa Abener Teyma General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | RLI INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.26 | Abeinsa Business Development Corp. | | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.27 | Abeinsa EPC LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.28 | Abeinsa EPC LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number (if known) | 16-10799 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.29 | Abeinsa EPC LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.30 | Abeinsa EPC LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.31 | Abeinsa EPC LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.32 | Abeinsa EPC LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | RLI INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.33 | Abeinsa Holding Inc. | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | ARIZONA BANK AND TRUST | ☒ D ☐ E/F ☐ G |
| 2.34 | Abeinsa Holding Inc. | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.35 | Abeinsa Holding Inc. | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.36 | Abeinsa Holding Inc. | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.37 | Abeinsa Holding Inc. | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.38 | Abeinsa Holding Inc. | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.39 | Abeinsa Ingenieria y Construccion S.A. | CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS ALTAS SEVILLE, 41014 SPAIN | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number *(if known)* 16-10799 |
| | Name | |

---

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.40 | Abeinsa Ingenieria y Construccion S.A. | CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS ALTAS SEVILLE, 41014 SPAIN | RLI INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.41 | Abencor USA, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.42 | Abencor USA, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.43 | Abencor USA, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.44 | Abener Construction Services, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.45 | Abener Construction Services, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D<br>☐ E/F<br>☐ G |
| 2.46 | Abener Construction Services, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | NATIONAL INDEMNITY COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.47 | Abener Construction Services, LLC | PO BOX 4039 CHESTERFIELD, MO 63017 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.48 | Abener Engineering and Construction Services, LLC | 16150 MAIN CIRCLE DRIVE STE 400 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL | ☐ D<br>☒ E/F<br>☒ G |
| 2.49 | Abener North America Construction Services Inc. | PO BOX 4039 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL | ☐ D<br>☒ E/F<br>☒ G |
| 2.50 | Abener North America Construction Services Inc. | PO BOX 4039 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D<br>☐ E/F<br>☐ G |

Debtor    Teyma USA & Abener Engineering And Construction Services General Partnership
          Name                                                                          Case number (if known) 16-10799

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.51 | Abener North America Construction, LP | PO BOX 4039 CHESTERFIELD, MO 63017 | ARIZONA BANK AND TRUST | ☒ D ☐ E/F ☐ G |
| 2.52 | Abener North America Construction, LP | PO BOX 4039 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.53 | Abener North America Construction, LP | PO BOX 4039 CHESTERFIELD, MO 63017 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.54 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.55 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.56 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.57 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.58 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.59 | Abener Teyma Hugoton General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | RLI INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.60 | Abener Teyma Inabensa Mount Signal Joint Venture | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.61 | Abener Teyma Inabensa Mount Signal Joint Venture | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |

Debtor    Teyma USA & Abener Engineering And Construction Services General Partnership    Case number (if known) 16-10799
Name

| ■ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.62 | Abener Teyma Inabensa Mount Signal Joint Venture | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D<br>☐ E/F<br>☐ G |
| 2.63 | Abener Teyma Inabensa Mount Signal Joint Venture | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.64 | Abener Teyma Inabensa Mount Signal Joint Venture | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.65 | Abener Teyma Inabensa Mount Signal Joint Venture | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | RLI INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.66 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.67 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D<br>☒ E/F<br>☒ G |
| 2.68 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D<br>☐ E/F<br>☐ G |
| 2.69 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.70 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.71 | Abener Teyma Mojave General Partnership | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | RLI INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.72 | Abengoa Bioenergia, S.A. | 850 NEW ROAD SUITE 201 DOVER, DE 19904 | LIBERTY MUTUAL | ☐ D<br>☒ E/F<br>☒ G |

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number _(if known)_ 16-10799 |
|---|---|---|
| | Name | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.73 | Abengoa Bioenergy Holdco Inc. | 16150 MAIN CIRCLE DRIVE SUITE 300 CHESTERFIELD, MO 63017 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D  ☒ E/F  ☒ G |
| 2.74 | Abengoa Bioenergy Holdco Inc. | 16150 MAIN CIRCLE DRIVE SUITE 300 CHESTERFIELD, MO 63017 | NATIONAL INDEMNITY COMPANY | ☐ D  ☒ E/F  ☒ G |
| 2.75 | Abengoa Bioenergy Holdco Inc. | 16150 MAIN CIRCLE DRIVE SUITE 300 CHESTERFIELD, MO 63017 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D  ☒ E/F  ☒ G |
| 2.76 | Abengoa Solar Holdings Inc. | 1250 SIMMS ST., #101 LAKEWOOD, CO 80401 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D  ☒ E/F  ☒ G |
| 2.77 | Abengoa Solar Holdings Inc. | 1250 SIMMS ST., #101 LAKEWOOD, CO 80401 | NATIONAL INDEMNITY COMPANY | ☐ D  ☒ E/F  ☒ G |
| 2.78 | Abengoa Solar Holdings Inc. | 1250 SIMMS ST., #101 LAKEWOOD, CO 80401 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D  ☒ E/F  ☒ G |
| 2.79 | Abengoa Solar Industrial Systems LLC | | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D  ☒ E/F  ☒ G |
| 2.80 | Abengoa Solar Industrial Systems LLC | | NATIONAL INDEMNITY COMPANY | ☐ D  ☒ E/F  ☒ G |
| 2.81 | Abengoa Solar Industrial Systems LLC | | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D  ☒ E/F  ☒ G |
| 2.82 | Abengoa Solar LLC | 1250 SIMMS STREET SUITE 101 LAKEWOOD, CO 80401 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D  ☒ E/F  ☒ G |
| 2.83 | Abengoa Solar LLC | 1250 SIMMS STREET SUITE 101 LAKEWOOD, CO 80401 | NATIONAL INDEMNITY COMPANY | ☐ D  ☒ E/F  ☒ G |

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number (if known) | 16-10799 |
| --- | --- | --- | --- |
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.84 | Abengoa Solar LLC | 1250 SIMMS STREET SUITE 101 LAKEWOOD, CO 80401 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.85 | Abengoa Solar S.A. | CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS SEVILLA, 41014 SPAIN | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.86 | Abengoa Solar S.A. | CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS SEVILLA, 41014 SPAIN | RLI INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.87 | Abengoa T&I LLC | 3030 NORTH CENTRAL AVENUE SUITE 804 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.88 | Abengoa T&I LLC | 3030 NORTH CENTRAL AVENUE SUITE 804 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D ☐ E/F ☐ G |
| 2.89 | Abengoa T&I LLC | 3030 NORTH CENTRAL AVENUE SUITE 804 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.90 | Abengoa T&I LLC | 3030 NORTH CENTRAL AVENUE SUITE 804 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.91 | Abengoa Transmission & Infraestructure, ULC. | | LIBERTY MUTUAL | ☐ D ☒ E/F ☒ G |
| 2.92 | Abengoa US Holding, LLC | 850 NEW  ROAD SUITE 201 DOVER, DE 19904 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |
| 2.93 | Abengoa US Holding, LLC | 850 NEW  ROAD SUITE 201 DOVER, DE 19904 | NATIONAL INDEMNITY COMPANY | ☐ D ☒ E/F ☒ G |
| 2.94 | Abengoa US Holding, LLC | 850 NEW  ROAD SUITE 201 DOVER, DE 19904 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D ☒ E/F ☒ G |

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number *(if known)* 16-10799 |
|---|---|---|
| | Name | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.95 | Abengoa Water Holding USA | | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ❏ D<br>☒ E/F<br>☒ G |
| 2.96 | Abengoa Water Holding USA | | NATIONAL INDEMNITY COMPANY | ❏ D<br>☒ E/F<br>☒ G |
| 2.97 | Abengoa Water Holding USA | | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ❏ D<br>☒ E/F<br>☒ G |
| 2.98 | Abengoa Water S.L.U. | SPAIN | RLI INSURANCE COMPANY | ❏ D<br>☒ E/F<br>☒ G |
| 2.99 | Abengoa Water USA, LLC | 2600 VIA FORTUNA, STE 220 AUSTIN, TX 78746 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ❏ D<br>☒ E/F<br>☒ G |
| 2.100 | Abengoa Water USA, LLC | 2600 VIA FORTUNA, STE 220 AUSTIN, TX 78746 | NATIONAL INDEMNITY COMPANY | ❏ D<br>☒ E/F<br>☒ G |
| 2.101 | Abengoa Water USA, LLC | 2600 VIA FORTUNA, STE 220 AUSTIN, TX 78746 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ❏ D<br>☒ E/F<br>☒ G |
| 2.102 | Abengoa, S.A. | CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS SEVILLE, 41014 SPAIN | LIBERTY MUTUAL | ❏ D<br>☒ E/F<br>☒ G |
| 2.103 | Abengoa, S.A. | CAMPUS PALMAS ALTAS C/ ENERGÍA SOLAR Nº 1, PALMAS SEVILLE, 41014 SPAIN | RLI INSURANCE COMPANY | ❏ D<br>☒ E/F<br>☒ G |
| 2.104 | Inabensa USA, LLC | 1209 ORANGE STREET CORPORATION TRUST CENTER WILMINGTON, DE 19801 | ARIZONA BANK AND TRUST | ☒ D<br>❏ E/F<br>❏ G |
| 2.105 | Inabensa USA, LLC | 1209 ORANGE STREET CORPORATION TRUST CENTER WILMINGTON, DE 19801 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ❏ D<br>☒ E/F<br>☒ G |

**Schedule H: Codebtors**

| Debtor | Teyma USA & Abener Engineering And Construction Services General Partnership | Case number (if known) | 16-10799 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.106  Inabensa USA, LLC | 1209 ORANGE STREET CORPORATION TRUST CENTER WILMINGTON, DE 19801 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D<br>☐ E/F<br>☐ G |
| 2.107  Inabensa USA, LLC | 1209 ORANGE STREET CORPORATION TRUST CENTER WILMINGTON, DE 19801 | NATIONAL INDEMNITY COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.108  Inabensa USA, LLC | 1209 ORANGE STREET CORPORATION TRUST CENTER WILMINGTON, DE 19801 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.109  Teyma Construction USA, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.110  Teyma Construction USA, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL | ☐ D<br>☒ E/F<br>☒ G |
| 2.111  Teyma Construction USA, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | LIBERTY MUTUAL INSURANCE COMPANY | ☒ D<br>☐ E/F<br>☐ G |
| 2.112  Teyma Construction USA, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL INDEMNITY COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.113  Teyma Construction USA, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | NATIONAL LIABILITY & FIRE INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |
| 2.114  Teyma Construction USA, LLC | 3030 NORTH CENTRAL AVENUE SUITE 808 PHOENIX, AZ 85012 | RLI INSURANCE COMPANY | ☐ D<br>☒ E/F<br>☒ G |

## Schedule H – Co-Debtor Rider

Certain of the Debtors are partners or members of various affiliated debtor and non-debtor partnerships and a joint venture (the "Partnerships and Joint Venture").  The partners or members, as applicable, of the Partnerships and Joint Venture are listed below.  Debtors Teyma Construction USA, LLC; Abener Construction Services, LLC; Inabensa USA, LLC; Abeinsa Holding Inc.; Abener North America Construction, LP; and Abeinsa EPC LLC may be liable for certain  of the obligations of the Partnerships and Joint Venture of which they are a partner or member.

| Corporate Name | Partners/Members |
|---|---|
| Teyma USA & Abener Engineering and Construction Services General Partnership | Teyma Construction USA, LLC 50%; Abener Construction Services, LLC 50% |
| Abener Teyma Inabensa Mount Signal Joint Venture | Inabensa USA, LLC 40%; Abeinsa Holding Inc. 30%; Abener North America Construction, LP 30% |
| Abener Teyma Hugoton General Partnership | Teyma Construction USA, LLC 50%; Abener Construction Services, LLC 50% |
| Abeinsa Abener Teyma General Partnership | Abeinsa EPC LLC 1%; Abener Construction Services, LLC 49.5%; Teyma Construction USA, LLC 49.5% |
| Abeinsa Abeima Teyma General Partnership[1] | Abeinsa EPC LLC 1%; Abeima USA LLC 49.5%; Teyma Construction USA, LLC 49.5% |
| Abeinsa Abener Teyma Reno General Partnership[1] | Abeinsa EPC LLC 1%; Abener Construction Services, LLC 49.5%; Teyma Construction USA, LLC 49.5% |
| Abener Teyma Mojave General Partnership | Abeinsa Holding Inc. 50%; Abener North America Construction, LP 50% |

---

[1] Abeinsa Abeima Teyma General Partnership and Abeinsa Abener Teyma Reno General Partnership are not debtors in the chapter 11 cases jointly administered as *In re Abeinsa Holding Inc.*, Case No. 16-10790.

**Fill in this information to identify the case and this filing:**

Debtor Name    <u>Teyma USA & Abener Engineering And Construction Services General Partnership</u>

United States Bankruptcy Court for the: _____    District of: <u>Delaware</u>
                                                                                    (State)

Case number (*If known*): <u>16-10799</u>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

☐ Amended *Schedule:* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    <u>5/19/2016</u>          ✗   /s/ Sebastian Felicetti
                  MM /DD/ YYYY                 Signature of individual signing on behalf of debtor
                                               Sebastian Felicetti
                                               Printed name
                                               Authorized Signatory
                                               Position or relationship to debtor